**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Daisy Frederick, Respondent,

v.

Daniel Lee McDowell, Petitioner.

Appellate Case No. 2022-001480

---

**ON WRIT OF CERTIORARI TO THE COURT OF APPEALS**

---

Appeal from Marlboro County
Paul M. Burch, Circuit Court Judge

---

Memorandum Opinion No. 2024-MO-012
Heard May 2, 2024 – Filed May 22, 2024

---

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

---

R. Hawthorne Barrett, of Turner Padget Graham & Laney, PA, of Columbia, for Petitioner.

Robert Brian Critzer, of Wyche, PA, of Columbia; Kaye Gorenflo Hearn, of Wyche, PA, of Conway; and Eric Marc Poulin and Roy T. Willey, IV, both of Poulin, Willey, Anastopoulo, LLC, of Charleston, for Respondent.

---

**PER CURIAM:** We issued a writ of certiorari to review the court of appeals' decision in *Frederick v. McDowell*, Op. No. 2022-UP-303 (S.C. Ct. App. filed July 20, 2022). We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**BEATTY, C.J., KITTREDGE, FEW, JAMES and HILL, JJ., concur.**